AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 21, 2023**

SEAN F. McAVOY, CLERK

Monserrat Camacho Carrillo and Samuel Lopez Flores )
      *Plaintiffs* )
      v. )
LOREN K. MILLER, Director, Nebraska Service Center, U.S. )
Citizenship and Immigration Services, in his official capacity as well )
as his successors and assigns; ALEJANDRO MAYORKAS,
Secretary, U.S. Department of Homeland Security, in his official
capacity as well as his successors and assigns; UR MENDOZA
JADDOU, Director, U.S. Citizenship and Immigration Services, in
her official capacity as well as her successor and assigns; ANTONY
J. BLINKEN, Secretary of State, U.S. Department of State, in his
official capacity as well as his successors and assigns; PHILLIP
SLATTERY, Director, National Visa Center, U.S. Department of
State, in his official capacity as well as his successors and assigns;
AND RICHARD C. VISEK, Acting Legal Adviser, U.S. Department
of State, in his official capacity as well as his successors and assigns,
      *Defendants*

Civil Action No.  2:23-cv-00125-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ **recover from the defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** Defendant's Motion to Dismiss, ECF. No. 5, is GRANTED. Judgment for Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  EDWARD F. SHEA  on a motion for  dismissal.

Date:  12/21/2023

*CLERK OF COURT*

SEAN F. McAVOY

s/Wendy Kirkham
*(By) Deputy Clerk*

Wendy Kirkham